IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LEE STEPP, | ) |
| Petitioner, | ) |
| v. | ) CA 04-110E |
| | ) CR 01-40E |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

AND NOW, to-wit, this 24th day of September, 2007, for the reasons set forth in the accompanying Opinion, it is hereby ORDERED, ADJUDGED, and DECREED that Petitioner's motion to supplement (Doc. 38) be and hereby is GRANTED insofar as it seeks to have us consider the arguments made therein, and DENIED as to the merits of those arguments.

IT IS FURTHER ORDERED that Petitioner's motion to vacate under 28 U.S.C. § 2255 (Doc. 29) be and hereby is DENIED. No certificate of appealability shall issue.

Maurice B. Cohill, Jr.
Senior United States District Judge